Michael Peffer (SBN: 192265)
PACIFIC JUSTICE INSTITUTE
2200 N. Grand Ave.
Santa Ana, CA 92704
Tel: (714) 796-7150
Email:  michaelpeffer@pji.org

Attorney for Plaintiff, ANDREA ESTRADA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ESTRADA, an individual, PLAINTIFF, <br><br> VS. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT (LAUSD), and DOES 1 to 100, inclusive, DEFENDANTS. | CASE NO.: <br><br> **VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000e et seq.]** <br><br> **(DEMAND FOR JURY TRIAL)** |

## INTRODUCTION

Plaintiff, ANDREA ESTRADA brings this action against LOS ANGELES UNIFIED SCHOOL DISTRICT ("LAUSD") a California Public entity. This action is based on violations of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et. seq.) and the California Fair Employment and Housing Act (Cal. Govt. Code 12900 et seq.), and the common law tort of Wrongful Termination in Violation of Public Policy.

The gravamen of this Complaint is that the Defendant refused to accommodate, retaliated against, otherwise discriminated against, and subsequently terminated Plaintiff because she asked for accommodation to her religious beliefs. Defendant knew or should have reasonably known that Ms. Estrada held religious beliefs because she asserted them. Defendant nevertheless failed to accommodate and placed Ms. Estrada on unpaid leave in retaliation for seeking an accommodation.

## **JURISDICTION AND VENUE**

1)      This Court has authority over this action pursuant to 28 U.S.C. § 1331, in federal questions raised under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. This Court has supplemental authority over Plaintiff's related claims arising under corollary state anti-discrimination law pursuant to 28 U.S.C. § 1367(a), and the common law tort of Wrongful Termination in Violation of Public Policy.

2)      Venue is proper in the Central District of California under 42 U.S.C. § 2000e-5(f)(3), in that the Defendant maintains significant operations within the Central District of California. The location of the School's District where the alleged unlawful employment practices took place is within the Central District of California. This case is appropriate for assignment to the Los Angeles Division. The Defendant is headquartered in Los Angeles, Los Angeles County, and the situs of the alleged unlawful employment practices took place at the Defendant's Los Angeles location.

/ / /

/ / /

/ / /

/ / /

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

## PARTIES

### PLAINTIFF

3)     At the time of her employment, Ms. Estrada was an employee of LAUSD and worked as a Senior (Sr.) Heating Ventilation Air Conditioning (HVAC) Fitter. Ms. Estrada resided in Los Angeles County when she first began her employment and continues to reside in Los Angeles.

### DEFENDANT

4)     Upon information and belief, LAUSD is a public entity operating and headquartered in the city of Los Angeles, Los Angeles County, California. LAUSD is a school district.  At the time of the events that gave rise to this Complaint, LAUSD employed Plaintiff as a Sr. HVAC Fitter.

## STATEMENT OF FACTS

5)     Ms. Estrada began work at LAUSD in or around December 1998, working in the Maintenance and Operations areas throughout the LAUSD sites. Ms. Estrada obtained the title of Sr. HVAC Fitter during her 23-year career at LAUSD and remained in that classification for the remainder of her employment with LAUSD. On information received and belief Ms. Estrada was treated as a long-term employee.

6)     During the COVID pandemic in 2020 and until June 2021, Ms. Estrada was designated by LAUSD as an Essential Employee and continued to work at various school sites within in the LAUSD, wearing appropriate masks, taking weekly COVID tests and social distancing.

7)     In June 2021, Ms. Estrada was transferred to the LAUSD Head Quarters (Beaudry Building) and began working remotely from home.

/ / /

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

8)       On August 13, 2021, LAUSD issued a COVID-19 Vaccine Mandate to all employees that did not allow for employees to work at any LAUSD location without being fully vaccinated by October 15, 2021.   The only exception is for employees who are able to work remotely.  LAUSD Vaccine Mandate provided employees the option to request a reasonable accommodation which would allow them to perform the essential functions of their job and, at the same time ensure the safety of employees and students.  The process requires employees to submit their sincerely held religious beliefs (SHRB) accommodation request in writing to the designated SHRB committee.  The committee then reviews the request and approves or denies the request on an individualized basis.  A true and correct copy of the COVID Vaccine Mandate serves as Exhibit "A" to this Complaint.

9)       Ms. Estrada believes that her body belongs to God and is a temple of the Holy Spirit.

10)      Ms. Estrada believes that it is against her religion to ingest or inject her body with possible harmful substances.  This is paramount due to the usage of fetal cell lines derived from abortion being used in the development and/or manufacture of the vaccine.

11)      On September 23, 2021, Ms. Estrada filed for an accommodation based on her SHRB.  Ms. Estrada expressed her concern for receiving the vaccine and not injecting her body with a harmful substance.  Her religious exemption was approved by Human Resources and her supervisor, David Glosser.  Ms. Estrada continued to work remotely.

12)      On April 23, 2022, feeling pressured and coerced, via emails from LAUSD Human Resources, to either take the COVID vaccination or be terminated, Ms. Estrada took the 1st dose of the COVID vaccine.  After receiving the 1st vaccine, Ms. Estrada suffered an adverse reaction with symptoms so severe that she needed to take 80 hours of COVID benefit time to recover.

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

13) On April 25, 2022, LAUSD Human Resources informed Ms. Estrada that she needed to be fully vaccinated per the policy mandate or be terminated.

14) On or about May 10, 2022, Ms. Estrada resubmitted a religious exemption request.

15) On May 23, 2022, an Interactive Process (IP) Meeting was held with the Committee on Reasonable Accommodation based on SHRB. The Committee members in attendance were Maria Salazar, Peter Yan and Lina Diep. Ms. Estrada was accompanied by her union representative, Johnnie McDow and Jacqueline Wagner, Associate General Counsel facilitated the meeting. Ms. Estrada was informed at the IP meeting that she needed to get fully vaccinated, resign or use her remaining benefit time until she became separated from LAUSD. Ms. Estrada offered two alternatives: Continue working remotely or working (unvaccinated) with masking, weekly testing and social distancing. Her supervisor, David Glosser, was willing to allow Ms. Estrada to work remotely, but LAUSD Human Resources told Ms. Estrada she needed to comply with the policy mandate. A true and correct copy of the IP Meeting serves as "Exhibit B" to this Complaint.

16) On July 15, 2022, Ms. Estrada received the notification that she was suspended as of July 21, 2022 and placed in the process of dismissal. A true and correct copy of the Notification of Recommended Discipline serves as Exhibit "C" to this Complaint.

17) On August 11, 2022, Ms. Estrada attended a Skelly Meeting via ZOOM with Miguel Saenz and Lori Gossett. Ms. Estrada offered again to undergo weekly COVID testing, appropriate masking and conduct social distancing as she did when the pandemic first started in early 2020. Ms. Estrada's request was denied, instead she was offered a $3200 to resign. Here only choice besides the offer was to get fully vaccinated. She emailed requests to keep her job to Jacqueline Wagner, Dana Ramirez, Labor and Employment, and Stephen

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

Hagelganza, her immediate supervisor, but has been unsuccessful in retaining her employment.

18)    On August 25, 2022, Ms. Estrada obtained a "Right to Sue" letter from the State of California Department of Fair Employment and Housing (DFEH).

19)    On August 30, 2022, Ms. Estrada received a letter from LAUSD informing her of her Dismissal from Service, effective August 31, 2022, for failure to comply with LAUSD's Vaccine Mandate.

20)    On January 19, 2023, Ms. Estrada obtained a "Right to Sue" letter from the United States Equal Employment Opportunity Commission (EEOC). A true and correct copy of the Right to Sue letter serves as "Exhibit D" to this Complaint.

21)    LAUSD was egregiously prejudicial against Ms. Estrada when it failed to follow its own SHRB guidelines.

22)    LAUSD further failed when it did not honor Ms. Estrada's religious exemption and refused to offer her weekly COVID testing, appropriate masking and social distancing as an alternative to the COVID-19 vaccine.

## FIRST CAUSE OF ACTION

Violation of Title VII of the Civil Rights Act of 1964 [42 U.S.C. § 2000e *et seq*.] Termination and Retaliation based on Religion Against Defendant.

23)    PLAINTIFF hereby incorporates and realleges the preceding paragraphs, as though fully set forth herein.

24)    Pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1), it is an unlawful employment practice for an employer: (1) to fail or refuse to hire or discharge any individual, or otherwise discriminate against any individual with respect to his or her compensation, terms, conditions, or privileges

- 6 -

of employment, because of such individual's race, color, religion, sex, or national origin; or (2) to limit, segregate, or classify his or her employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his or her status as an employee, because of such individual's race, color, religion, sex, or national origin.

25)    Ms. Estrada was at all times relevant herein an employee and applicant covered by U.S.C. § 2000e et seq.

26)    Ms. Estrada held a deeply sincere religious objection to receiving the COVID-19 vaccine injection.

27)    Ms. Estrada's accommodation was denied.

28)    LAUSD did not attempt to and refused to accommodate Ms. Estrada with any of the recommended accommodations they provided in LAUSD Vaccine Mandate from August 13, 2021.

29)    Therefore, Ms. Estrada's SHRB and practices were a motivating factor in her termination.

30)    PLAINTIFF suffered significant damages because of Defendant's unlawful discriminatory actions, including emotional distress, past and future lost wages and benefits, pension, and the costs of bringing this action.

31)    LAUSD intentionally violated PLAINTIFF'S rights under Title VII with malice or reckless indifference.

32)    Ms. Estrada is entitled to backpay, front pay, restoration of pension benefits, compensatory damages, punitive damages, attorney's fees, costs of suit, a declaration that Defendant violated her rights under Title VII, and an injunction preventing Defendant from enforcing its discriminatory policies.

33)    Ms. Estrada is entitled to further relief as set forth below in her Prayer for Relief.

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

## SECOND CAUSE OF ACTION

Violation of Title VII of the Civil Rights Act of 1964 [42 U.S.C. § 2000e *et seq.*] Failure to Provide Religious Accommodation Against Defendant

34)    PLAINTIFF hereby incorporates and realleges the preceding paragraphs, as though fully set forth herein.

35)    Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., makes unlawful employment practice to fail or refuse to accommodate the religious beliefs and practices of an employee or prospective employee.

36)    Ms. Estrada suffered significant damages because of DEFENDANT'S unlawful discriminatory actions, including emotional distress, past and future lost wages and benefits, pension, and the costs of bringing this action.

37)    DEFENDANT intentionally violated Ms. Estrada's rights under Title VII with malice or reckless indifference.

38)    PLAINTIFF is entitled to backpay, front pay, pension, compensatory damages, punitive damages, attorney's fee, costs of the suit, a declaration that DEFENDANT violated her rights under Title VII, and an injunction preventing DEFENDANT from enforcing its discriminatory policies.

39)    PLAINTIFF is entitled to further relief as set forth below in her Prayer for Relief.

## THIRD CAUSE OF ACTION

Violation of the California Fair Employment and Housing Act (Cal. Govt. Code § 12900 *et seq.*)—Discrimination and Retaliation based on Religious Creed Against Defendant

40)    PLAINTIFF hereby incorporates a realleges the preceding paragraphs as though fully set forth herein.

41)     Under FEHA, it is further an unlawful employment practice for an employer to discriminate against an employee in compensation, terms, conditions, or privileges of employment, because of employee's religious creed.

42)     Ms. Estrada was at all times relevant herein an employee for purposes of FEHA.

43)     PLAINTIFF was at all times relevant herein a member of a protected religious class.

44)     DEFENDANT was at all times relevant herein an employee for purposes of FEHA.

45)     FEHA broadly defines religious creed to include all aspects of observance and practice.

46)     DEFENDANT intentionally discriminates against Ms. Estrada by making an adverse employment decision against her by terminating her employment after 23 years of service and denying her pension benefits.

47)     DEFENDANT demonstrated discriminatory animus toward PLAINTIFF by terminating her employment and showing callous indifference toward her sincere religious beliefs. DEFENDANT subsequently terminated PLAINTIFF without explanation or providing any alternative after PLAINTIFF'S request for religious accommodation. DEFENDANT terminated PLAINTIFF'S employment because of her religious creed. DEFENDANT discriminated against the PLAINTIFF based on her religious beliefs.

48)     Ms. Estrada suffered damages because of Defendant's unlawful discriminatory actions, including the emotional distress, past and future loss of wages and benefits, pension, and the cost of bringing this action.

49)     DEFENDANT intentionally violated Ms. Estrada's rights under FEHA with malice or reckless indifference, and, as a result, are liable for punitive damages.

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

50)    PLAINTIFF is entitled to such other and further relief as more fully set forth below in her Prayer for Relief.

### FOURTH CAUSE OF ACTION

Violation of the California Fair Employment and Housing Act (Cal. Govt. Code § 12900 *et seq.*)—Failure to Provide Religious Accommodations Against Defendant

51)    PLAINTIFF hereby incorporates and alleges the preceding paragraphs as though fully set forth herein.

52)    Under FEHA, it is an unlawful employment practice for an employer to terminate a person's employment because of a conflict between the person's religious beliefs or observance and any employment requirement, unless the employer demonstrates that is has explored all reasonable means of accommodation of the religious beliefs or observances.

53)    PLAINTIFF was a person and an employee of DEFENDANT within the meaning of FEHA.

54)    DEFENDANT was at all times relevant herein employer of PLAINTIFF for purposes of FEHA.

55)    PLAINTIFF is a devout believer in Christianity. DEFENDANT was aware of PLAINTIFF'S sincerely held religious beliefs.

56)    PLAINTIFF holds strong beliefs based on her understanding of the teachings of Christianity, which prohibits Ms. Estrada from utilizing vaccines made from fetal tissues or anything harmful to her body which she considers a temple of the Holy Spirit.

57)    PLAINTIFF requested an accommodation from DEFENDANT. DEFENDANT denied the request claiming that only remote workers could be exempt and, despite her immediate supervisor's approval that PLAINTIFF could

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

work remotely, PLAINTIFF would need to comply with the vaccine mandate clearly discriminating against PLAINTIFF in her religious beliefs.

58)     PLAINTIFF notified DEFENDANT that she would not be getting the vaccine and that she could not compromise her religious convictions.

59)     DEFENDANT offered no accommodations other than PLAINTIFF receive the vaccine or be terminated.

60)     DEFENDANT'S refusal to accommodate, or even explore any kind of accommodation of PLAINTIFF'S religious beliefs, was a substantial motivating factor in DEFENDANT'S decision to deprive PLAINTIFF of the employment she had enjoyed for 23 years.

61)     PLAINTIFF suffered significant damages because of DEFENDANT'S unlawful discriminatory actions, including emotional distress, past and future lost wages and pension benefits, and the costs of bringing this action.

62)     DEFENDANT intentionally violated PLAINTIFF'S rights under FEHA with malice or reckless indifference.

63)     PLAINTIFF is entitled to backpay, front pay, pension, compensatory damages, punitive damages, attorney's fees, costs to bring suit, a declaration that DEFENDANT violated PLAINTIFF'S rights under Title VII, and an injunction preventing DEFENDANT from enforcing their discriminatory policies.

64)     PLAINTIFF is entitled to further relief as more fully set forth below in her Prayer for Relief.

## FIFTH CAUSE OF ACTION

Wrongful termination in violation of public policy –

Common Law Tort Against Defendant

65)     PLAINTIFF hereby realleges and incorporates by reference the preceding paragraphs as though fully set forth herein.

66)     PLAINTIFF was terminated for requesting a religious accommodation in compliance with both Title VII of the Civil Rights Act of 1964, and Cal. Govt. Code § 12900 *et seq.*

67)     Cal. Govt. Code § 12920 states, "It is hereby declared as the public policy of this state that it is necessary to protect and safeguard the right and opportunity of all persons to seek, obtain, and hold employment without discrimination or abridgement on account of race, religious creed."

68)     Cal. Govt. Code §12920 goes on to state, "Further, the practice of discrimination because of race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, marital status, national origin, ancestry, familial status, source of income, disability, veteran or military status, or genetic information in housing accommodations is declared to be against public policy."

69)     PLAINTIFF was at all times relevant herein an employee of DEFENDANT and covered by 42 U.S.C. § 2000e, et seq., prohibiting discrimination in employment based on religion.

70)     PLAINTIFF was a person and an employer for purposes of 42 U.S.C. § 2000e, et seq.

71)     PLAINTIFF was a person and an employee of DEFENDANT within the meaning of FEHA.

72)     DEFENDANT was at all times relevant herein an employer of Plaintiff for purposes of FEHA.

73)     PLAINTIFF is a devout follower of Christianity. DEFENDANT was aware of the sincere religious beliefs PLAINTIFF held.

74)     PLAINTIFF held a deeply religious objection to receiving the COVID-19 vaccine and was denied accommodation although DEFENDANT recognized that PLAINTIFF had SHRB.

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

75)    DEFENDANT did not provide any SHRB accommodations that is allowed under its own policy, or offer any alternative accommodation that PLAINTIFF was willing to adhere to.

76)    PLAINTIFF felt coerced into getting the 1st COVID-19 vaccine, suffered a severe adverse reaction due to the injection, causing anxiety and stress due to her employer forcing her to choose between her SHRB and her financial livelihood and job.

77)    There were no valid reasons whatsoever for terminating PLAINTIFF'S employment, other than PLAINTIFF requesting accommodation for her SHRB under Title VII and FEHA.

78)    PLAINTIFF'S SHRB and practices were therefore a motivating factor in her termination. PLAINTIFF suffered a wrongful termination for exercising her right to seek an accommodation of her truly SHRB entitled to her under Title VII and FEHA.

79)    FEHA declares by statute that such unlawful termination is in violation of public policy.

80)    PLAINTIFF suffered significant harm because of DEFENDANT'S unlawful discriminatory actions, including emotional distress, past and future loss of wages and pension benefits, and the costs associated with bringing this action.

81)    DEFENDANT intentionally violated PLAINTIFF'S rights under Title VII and FEHA with malice or reckless indifference.

82)    PLAINTIFF is entitled to backpay, front pay, pension, compensatory damages, punitive damages, attorney's fees, costs of suit, a declaration that DEFENDANT violated her rights under Title VII, and an injunction preventing DEFENDANT from enforcing its discriminatory policies.

83)    PLAINTIFF is entitled to further relief as more fully set forth below in her Prayer for Relief.

- 13 -

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF prays this Court grant relief as follows:

A.       Award PLAINTIFF backpay, including past loss of wages and benefits, plus interest;

B.       Award PLAINTIFF her front pay, including future wages and restoration of pension benefits;

C.       Award PLAINTIFF other and further compensatory damages in an amount according to proof;

D.       Award PLAINTIFF noneconomic damages, including but not limited to mental health suffrage;

E.       Award PLAINTIFF her reasonable attorney's fees and costs of suit;

F.       Award PLAINTIFF punitive damages.

G.       Enjoin DEFENDANT from enforcing its discriminatory policies;

H.       Declare that DEFENDANT has violated Title VII of the Civil Rights Act and FEHA; and

I.       Grant PLAINTIFF such additional or alternative relief as the Court deems just and proper.


DATED: 4/16/2023                PACIFIC JUSTICE INSTITUTE


                                By:_____
                                MICHAEL PEFFER, ESQ.,
                                Attorneys for Plaintiff, ANDREA ESTRADA

VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII
OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DEMAND FOR JURY TRIAL

PLAINTIFF, ANDREA ESTRADA hereby demands a jury trial in this matter.

DATED:   April 16, 2023        **PACIFIC JUSTICE INSTITUTE**


By:_____
MICHAEL PEFFER, ESQ.,
Attorneys for Plaintiff, ANDREA ESTRADA

- 15 -

# **VERIFICATION**

I, Andrea Estrada, am the Plaintiff in the above-captioned matter. I have read the AMENDED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000e *et seq.*] and am familiar with same. The contents are true and accurate and known to me by personal knowledge except for those matters asserted on information and belief. As to those matters, I believe them to be true. I declare under penalty of lying under oath, under the laws of the United States and the State of California, that the foregoing is true and correct. Executed this __ day of April, 2023, in the County of Los Angeles, State of California.

_____

Andrea Estrada

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

## INTEROFFICE CORRESPONDENCE
## **L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**TO:**       All Employees                              **DATE:** August 13, 2021

**FROM:**   Ileana M. Dávalos
             Chief Human Resources Officer

             Kristen Murphy
             Chief of Employee Support and Labor Relations

             Karla Gould
             Personnel Director

**SUBJECT:    COVID-19 VACCINATION REQUIREMENT FOR EMPLOYEES AND OTHER ADULTS WORKING AT DISTRICT FACILITIES**

As part of Los Angeles Unified School District's efforts to provide the safest possible environment in which to learn and work, **all** District employees will be required to be fully vaccinated against COVID-19 no later than October 15, 2021. This requirement also applies to District partners, contractors, co-located charter school employees, and other adults who provide services on District property.

The purpose of this correspondence is to inform District staff of the vaccination requirement as a condition of continued employment/service, as well as the supports in place to assist with receiving the vaccination and/or verifying vaccination status, and the process for seeking a medical or religious exemption from this requirement.

In addition, per the State Public Health Officer Order of August 5, 2021, all employees who provide services or work in healthcare facilities must have their first dose of a one-dose regimen or their second dose of a two-dose regimen by September 30, 2021.

We care about our employees and we appreciate your commitment to maintaining the safest possible environment for our colleagues and the students and families we serve.

Please see the pages that follow for protocols and procedures.

1

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**COVID-19 VACCINATION REQUIREMENT PROTOCOLS AND PROCEDURES**

**Required Documentation**

Pursuant to the CDPH Guidance for Vaccine Records Guidelines & Standards, only the following modes may be used as proof of vaccination:

1. COVID-19 Vaccination Record Card (issued by the Department of Health and Human Services Centers for Disease Control & Prevention or WHO Yellow Card) which includes name of person vaccinated, type of vaccine provided and date last dose administered); OR
2. a photo of a Vaccination Record Card as a separate document; OR
3. a photo of the client's Vaccination Record Card stored on a phone or electronic device; OR
4. documentation of COVID-19 vaccination from a health care provider; OR
5. digital record that includes a QR code that when scanned by a SMART Health Card reader displays to the reader client name, date of birth, vaccine dates and vaccine type; OR
6. documentation of vaccination from other contracted employers who follow these vaccination records guidelines and standards.

**"Fully-Vaccinated"**

Fully-vaccinated" refers to an individual who has received the first and second doses of the vaccine (or, in the case of Johnson & Johnson, the single required dose) and has completed the two-week period that follows to ensure maximum immunity.

**Vaccination Intervals**

The interval between vaccine doses is dependent on when the vaccine course started:

- Pfizer - 21 days between 1st and 2nd (final) vaccine
- Moderna - 28 days between 1st and 2nd (final) vaccine
- Johnson & Johnson – only one dose is required

**Process for Meeting Vaccination Requirement**

All employees and potential new hires are mandated to receive the required COVID-19 vaccination dose(s).

Individuals vaccinated as part of the winter/spring 2021 District vaccination program do not need to submit their vaccination record for verification.  All information transfers automatically to the Daily Pass.

Individuals who were vaccinated outside the District program should submit their vaccination record for review and verification through the Daily Pass (See Attachment A). After the external vaccination document is submitted via the Daily Pass, it will be reviewed and verified by the

2

INTEROFFICE CORRESPONDENCE

**L**os **A**ngeles **U**nified **S**chool **D**istrict

Human Resources Division

Division of Employee Support and Labor Relations

Personnel Commission

District's Community Engagement team. Please allow 2-3 business days for the verification process.

Employees are allowed a window of up to three hours (per dose) for vaccination for themselves or their dependent(s) during their workday, including travel time to the vaccination location. Los Angeles Unified continues to host school-based vaccination clinics on many of its school campuses. A list of vaccination sites can be found on our website at: https://achieve.lausd.net/Page/17638

Employees utilizing this paid time off are to complete and submit a Certification/Request of Absence for Non-Illness (Form No. 60.NON-ILL; Reissued 9/14/2020). Under Reason for Absence, select Option "M" for Other Absences and identify MSND (Miscellaneous Natural Disaster) with explanation as "Self and/or Dependent COVID-19 vaccination." An absence due to natural disaster does not get deducted from the employees' illness balance

Employees are to notify their supervisor one day ahead if they are scheduling an appointment during their workday, in order to assist their supervisor in making arrangements for work coverage.

Classroom teachers who schedule an appointment during their workday will request a substitute teacher for the three-hour window via the SmartFind Express system and indicate "vaccination" as the qualifying reason.

Employees who experience adverse physical reactions to the vaccination may be allotted additional time (up to three days per dose) with the approval of their supervisor as specified in Reference Guide REF-041184.0.  Employees are to complete and submit a Certification/Request of Absence for Non-Illness (Form No. 60.NON-ILL; Reissued 9/14/2020).  Under Reason for Absence, select Option M for Other Absences and identify MSND (Miscellaneous Natural Disaster) with explanation as COVID-19 vaccination. An absence due to natural disaster does not get deducted from the employees' illness balance.

Employees experiencing any reaction to the vaccine prohibiting them from returning to work for more than three days will coordinate with their supervisor to determine if there is work that can be done remotely.  If remote work cannot be performed, employees may avail themselves of benefited time.

**Supervisor Responsibilities**

Supervisors shall allow employees to be vaccinated during their regularly scheduled workday. Up to three hours of worktime (per dose) are allotted, including travel to the vaccination location.

INTEROFFICE CORRESPONDENCE

**Los Angeles Unified School District**

Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**Submission of Required Documents and Deadlines**

**Current Employees**
To comply with the vaccination requirement, current District employees must submit documentation of COVID-19 vaccination through the Daily Pass web portal at http://DailyPass.lausd.net by October 15, 2021. Qualifying Health Care Workers must submit proof of final vaccination no later than September 30, 2021.

**New Employees**
New employees hired on or after October 1, 2021 must be fully vaccinated by and provide verification of their vaccination status as part of the hiring and onboarding process prior to an official offer of employment to any Disrtict site.

**New employees should submit results via:**

**U.S. or School Mail:**
LAUSD
Human Resources Division
Employee Health Services – SB 792
333 S Beaudry Avenue, 14-110
Los Angeles, CA 90017

Fax: (213) 241-8918

All documents will be kept confidential as required by law.

**Potential Exemptions**

District employees who serve the District in any capacity may apply to seek exemption from the COVID-19 vaccine requirements only under the following circumstances:

A. The employee submits a written statement from a licensed physician identifying a need for accommodation due to the person's disability or serious medical condition. This statement must be submitted on the employee's doctor's office letterhead with the doctor's printed name, license number, signature and date the statement is issued.

B. The employee seeks accommodation based on a sincerely held religious belief.

The *COVID Reasonable Accommodation Application*, Attachment B, is to be completed if either of the above apply.

INTEROFFICE CORRESPONDENCE

**L**os **A**ngeles **U**nified **S**chool **D**istrict

Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**Accommodation Process**

If the District determines that an employee cannot be vaccinated due to disability or a sincerely held religious belief, an accommodation process will commence to determine whether an accommodation can be provided which would eliminate or reduce this risk, so the unvaccinated employee does not pose a danger to the health and safety of others at the District worksite.

The accommodation process will determine whether an accommodation exists to enable an employee to perform the "essential functions" of their job. The accommodation process initiates at the work site with the immediate supervisor. Essential functions vary by job class and therefore the process shall be case by case and may result in different outcomes in different cases.

If a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace. The District and employee will then determine if there are any available benefit time/leave provisions.

**Failure to Comply with Vaccination Requirement**

Failure to comply with the mandate to be vaccinated and/or failure to provide the appropriate qualifying exemption documentation may result in disciplinary action, being placed on unpaid leave, and/or separated from District service.

**Ongoing COVID-19 Testing**

All employees are required to participate in regular COVID-19 testing, regardless of vaccination status. Los Angeles Unified will continue to provide free weekly COVID testing on school campuses for all students and employees – both vaccinated and unvaccinated. If infection rates in our community decrease, testing frequency may be reduced, and exemptions for vaccinated individuals may be considered in accordance with medical guidance. Employees assigned to worksites without onsite testing may make an appointment to be tested at one of our 12 stationary testing sites during their assigned work hours at dailypass.lausd.net. Up to two hours of MSND time will be allowed for each required COVID test.

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

ATTACHMENT A

# Office of COVID Reponse
## Uploading External COVID-19 Vaccination Record

This document outlines the steps to upload external COVID-19 vaccination records.
**STEP 1** – Sign in to https://dailypass.lausd.net
**STEP 2** – Select "Submit External COVID-19 Vaccination Record"
**STEP 3** – Select "Self" or "Student"
**STEP 4** – Fill out the vaccine information for either yourself or your student. The student needs to be validated first.
**STEP 5** – Upload vaccine record. Check status of your record under "Vaccinations" in the Daily Pass.

**STEP 1**
Sign in to https://dailypass.lausd.net and select one of the options below.

**STEP 2**
Select "Submit External C-19 Vaccination Record"

**STEP 3**
Select "Self" or "Student", then Next.

**STEP 4**
Fill out vaccine information for self

**OR**

Validate student data and then fill out vaccine information for student.

**STEP 5**
Upload record and Submit. Check status.

Safe Steps
to Safe Schools

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**ATTACHMENT B**

# COVID-19

# Reasonable Accommodation Application

I am seeking reasonable accommodation for the District COVID-19 Vaccine Policy.  I seek this accommodation because:

□  I have a disability or serious medical condition.
□  I object based on a sincerely held religious belief.

Please attach a written statement from a licensed physician identifying a need for accommodation due to the person's disability or serious medical condition. This statement must be submitted on the employee's doctor's office letterhead with the doctor's printed name, license number, signature and date the statement is issued.

Employee/Applicant Name:_____

Employee Number: _____

Home Address: _____

Home Phone Number: _____

Job Title: _____

Worksite: _____

**I acknowledge and confirm that the above information is correct.**

**Name: _____Employee Number: _____**

**Signature _____**

| **Return form to:** |
|---|
| Employeevaccines@lausd.net |

7

# Blackboard Connect

Summary of Employee Support and Labor Relations Messages on Vaccination
Reminders

*Beginning August 2021*

| Sender | Date | Time | Message |
|---|---|---|---|
| Labor Relations | 8/26 | 11:45 A | Email<br><br>Dear Colleagues,<br><br>On August 13th, Los Angeles Unified announced a COVID vaccine requirement for employees and other adults providing services in District facilities. In order to meet the required timeline of being fully vaccinated by October 15, 2021, employees must receive the final scheduled vaccine no later than October 1, 2021. Scheduling to meet with October 15th date for Pfizer, Moderna, and Johnson & Johnson are as follows:<br><br><table><tr><td>**Vaccine**</td><td>**1st Dose**</td><td>**2nd Dose**</td><td>**Fully Vaccinated**</td></tr><tr><td>Pfizer</td><td>*No later than* **September 10, 2021**</td><td>*No later than* **October 1, 2021**</td><td>October 15, 2021</td></tr><tr><td>Moderna</td><td>*No later than* **September 3, 2021**</td><td>*No later than* **October 1, 2021**</td><td>October 15, 2021</td></tr><tr><td>Johnson & Johnson</td><td>*No later than* **October 1, 2021**</td><td>n/a</td><td>October 15, 2021</td></tr></table><br>At this time, we do not have a record of your vaccination. If you have already received your vaccination outside of Los Angeles Unified, please upload it to DailyPass.lausd.net by September 2, 2021.<br><br>If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record as soon as possible and ***no later than October 1, 2021*** to ensure verification by October 15th.<br><br>I have attached the August 13, 2021 Interoffice Correspondence for your review/convenience.<br><br>Thank you for doing your part to keep all of our students and employees safe.<br><br>Attachment: |

| | | | |
|---|---|---|---|
| | | |  |
| Labor Relations | 8/27 | 5:30 p | Email<br>Dear Colleagues,<br><br>On August 13th, Los Angeles Unified announced a COVID vaccine requirement for employees and other adults providing services in District facilities. In order to meet the required timeline of being fully vaccinated by October 15, 2021, employees must receive the final scheduled vaccine no later than October 1, 2021. Scheduling to meet with October 15th date for Pfizer, Moderna, and Johnson & Johnson are as follows:<br><br>(table below)<br><br>At this time, we do not have a record of your vaccination. If you have already received your vaccination outside of Los Angeles Unified, please upload it to DailyPass.lausd.net by September 2, 2021.<br><br>If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record as soon as possible and **no later than October 1, 2021** to ensure verification by October 15th.<br><br>I have attached the August 13, 2021 Interoffice Correspondence for your review/convenience. |

| Vaccine | 1st Dose | 2nd Dose | Fully Vaccinated |
|---|---|---|---|
| Pfizer | *No later than* **September 10, 2021** | *No later than* **October 1, 2021** | October 15, 2021 |
| Moderna | *No later than* **September 3, 2021** | *No later than* **October 1, 2021** | October 15, 2021 |
| Johnson & Johnson | *No later than* **October 1, 2021** | n/a | October 15, 2021 |

| | | | |
|---|---|---|---|
| | | | Thank you for doing your part to keep all of our students and employees safe.<br><br>Attachment<br><br>INTEROFFICE CORRESPONDENCE<br>Los Angeles Unified School District<br>Human Resources Division<br>Division of Employee Support and Labor Relations<br>Personnel Commission<br><br>TO:    All Employees            DATE: August 13, 2021<br>FROM:    Donna M. Dunlap<br>       Chief Human Resources Officer<br>       Kristen Murphy<br>       Chief of Employee Support and Labor Relations<br>       Karla Gould<br>       Personnel Director<br><br>SUBJECT:  COVID-19 VACCINATION REQUIREMENT FOR EMPLOYEES AND OTHER ADULTS WORKING AT DISTRICT FACILITIES<br><br>As part of Los Angeles Unified School District's efforts to provide the safest possible environment in which to learn and work, all District employees will be required to be fully vaccinated against COVID-19 no later than October 15, 2021. This requirement also applies to District partners, contractors, co-located charter school employees, and other adults who provide services on District property.<br><br>The purpose of this correspondence is to inform District staff of the vaccination requirement as a condition of continued employment/service, as well as the supports in place to assist with receiving the vaccination and/or verifying vaccination status, and the process for seeking a medical or religious exemption from this requirement.<br><br>In addition, per the State Public Health Officer Order of August 5, 2021, all employees who provide services or work in healthcare facilities must have their first dose of a one-dose regimen or their second dose of a two-dose regimen by September 30, 2021.<br><br>We care about our employees and we appreciate your commitment to maintaining the safest possible environment for our colleagues and the students and families we serve.<br><br>Please see the pages that follow for protocols and procedures. |
| Labor Relations | 9/1 | 6:00 p | |
| Labor Relations | 9/8 | 5:00 p | Email<br><br>Dear Colleagues,<br>On August 13th, Los Angeles Unified announced a COVID vaccine requirement for all employees and other adults providing services in District facilities. In order to meet the required timeline of being fully vaccinated by October 15, 2021, employees must receive the final scheduled vaccine no later than October 1, 2021.<br>**Vaccination Schedule**<br>Scheduling to meet the October 15th date for Pfizer, Moderna, and Johnson & Johnson are as follows: |

| Vaccine | 1st Dose | 2nd Dose | Fully Vaccinated |
|---|---|---|---|
| Pfizer | *No later than* **September 10, 2021** | *No later than* **October 1, 2021** | October 15, 2021 |
| Moderna | *No later than* **September 3, 2021** | *No later than* **October 1, 2021** | October 15, 2021 |
| Johnson & Johnson | *No later than* **October 1, 2021** | n/a | October 15, 2021 |

**Uploading Your Record of Vaccination**

You are receiving this reminder because, **at this time, we do not have a record of your vaccination**. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today**.**

If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record **as soon as possible, and no later than October 1, 2021** to ensure verification by October 15th.

**<u>LAUSD Provides Free Vaccinations</u>**

Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid

**<u>Paid Time to Get Vaccinated</u>**

Employees are allotted a window of up to three hours (per dose) for vaccination for themselves or their dependent(s) during their workday, including travel time to the vaccination location. The August 13, 2021 Interoffice Correspondence detailing this information is attached for your review/convenience.

**<u>Reasonable Accommodations</u>**

Being fully vaccinated is an "essential job function." Thus, **<u>no one</u>** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) be fully vaccinated by October 15, 2021.  That is, **<u>every adult</u>** working or providing services *at a District facility* **<u>MUST</u>** be fully vaccinated no later than October 15, 2021.  Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief, wish to continue working without being fully vaccinated.  Please be aware, however, that reasonable accommodations **<u>do not</u>** include permitting employees to continue working *at a District facility* without being fully vaccinated.

In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief, the District will engage with the employee in what's known as the "interactive process" to determine whether the District is able to reasonably accommodate the employee.

For requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation.  For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.

Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation.  In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work.  However, where your essential job duties require your physical presence *at a District facility*, the District will be unable to offer remote work as an accommodation.  Further, where *a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.*

<table>
<tr><td colspan="3"></td><td>

Should an alternative accommodation not be available, the District and employee will then determine if there are any available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.

**Failure to Comply**

***Failure to comply with the mandate to be vaccinated and/or failure to provide the appropriate qualifying accommodation documentation may result in disciplinary action, being placed on unpaid leave, and/or separation from District service.***

Thank you for doing your part to keep all of our students and employees safe.

For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"

Attachment



</td></tr>
</table>

| Labor Relations | 9/15 | 6:30p | Email |
|---|---|---|---|

Dear Colleagues,

The health and safety of all in the LA Unified community is of utmost importance.

As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19.

***Please note the updated, clarified timeline to complete the vaccine schedule by October 15, 2021.***

**Vaccination Schedule**

| Vaccine | 1st Dose | 2nd Dose | Vaccinates Completed |
|---|---|---|---|
| Pfizer | *No later than* **September 24, 2021** | *No later than* **October 15, 2021** | October 15, 2021 |

| Moderna | *No later than* **September 17, 2021** | *No later than* **October 15, 2021** | October 15, 2021 |
| Johnson & Johnson | *No later than* **October 15, 2021** | n/a | October 15, 2021 |

**Failure to Comply**
*Failure to comply with the mandate to be vaccinated will result in you being placed in unpaid status and excluded from work on or after October 16, 2021.*
*Additionally, failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*

**Uploading Your Record of Vaccination**
You are receiving this reminder because, *at this time, we do not have a record of your vaccination*. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today*.*
If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record *as soon as possible, and no later than October 15, 2021*.

**LAUSD Provides Free Vaccinations**
Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid

**Paid Time to Get Vaccinated**
Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location. The August 13, 2021 Interoffice Correspondence detailing this information is attached for your review/convenience.

**Reasonable Accommodations**
*The deadline to apply for a medical or religious accommodation is September 24, 2021.*
Being fully vaccinated is an "essential job function."  Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 2ⁿᵈ dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021.  That is, **every adult** working or providing services *at a District facility* **MUST** be vaccinated no later than October 15, 2021.
Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated.  Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being fully vaccinated.
In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the

| | | | |
|---|---|---|---|
| | | | "interactive process" to determine whether the District is able to reasonably accommodate the employee.<br><br>Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation.  For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.<br><br>Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** be fully-vaccinated no later than October 15, 2021.<br><br>**Remote Work as a Reasonable Accommodation**<br><br>Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation.  In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work.  ***However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.***<br><br>Further, where ***a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.***<br><br>**Remote Work as a Reasonable Accommodation for Teachers**<br><br>Available accommodations for teachers ***may*** include, upon availability, an assignment to the District's online independent study program through City of Angels.<br><br>Even if accommodated, teachers who are not fully-vaccinated by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.<br><br>**Where Reasonable Accommodations Are Not Available**<br><br>Should an alternative accommodation not be available, the District and employee will then determine if there are any available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.<br><br>For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"<br><br>The health and safety of students and employees is everyone's responsibility. Thank you for doing your part to keep all of our students and employees safe. |
| Labor Relations | 9/16 | 10:45a | Email<br><br>Dear Colleagues,<br>The health and safety of all in the LA Unified community is of utmost importance.<br>As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19. |

*Please note the updated, clarified timeline to complete the vaccine schedule by October 15, 2021.*

<u>Vaccination Schedule</u>

| Vaccine | 1st Dose | 2nd Dose | Vaccines Completed |
|---------|---------|---------|---------|
| Pfizer | *No later than* **September 24, 2021** | *No later than* **October 15, 2021** | October 15, 2021 |
| Moderna | *No later than* **September 17, 2021** | *No later than* **October 15, 2021** | October 15, 2021 |
| Johnson & Johnson | *No later than* **October 15, 2021** | n/a | October 15, 2021 |

<u>Failure to Comply</u>
*Failure to comply with the mandate to be vaccinated will result in you being placed in unpaid status and excluded from work on or after October 16, 2021.*

*Additionally, failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*

<u>Uploading Your Record of Vaccination</u>
You are receiving this reminder because, *at this time, we do not have a record of your vaccination*. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today*.*

If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record *as soon as possible, and no later than October 15, 2021*.

<u>LAUSD Provides Free Vaccinations</u>
Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid

<u>Paid Time to Get Vaccinated</u>
Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location. The August 13, 2021 Interoffice Correspondence detailing this information is attached for your review/convenience.

<u>Reasonable Accommodations</u>
*The deadline to apply for a medical or religious accommodation is September 24, 2021.*

Being fully vaccinated is an "essential job function." Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 2nd dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021. That is, **every adult** working or providing

services *at a District facility* **MUST** be vaccinated no later than October 15, 2021.

Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated.  Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being fully vaccinated.

In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the "interactive process" to determine whether the District is able to reasonably accommodate the employee.

Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation.  For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.

Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** be fully-vaccinated no later than October 15, 2021.

**Remote Work as a Reasonable Accommodation**

Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation.  In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work.  ***However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.***

Further, where ***a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.***

**Remote Work as a Reasonable Accommodation for Teachers**

Available accommodations for teachers ***may*** include, upon availability, an assignment to the District's online independent study program through City of Angels.

Even if accommodated, teachers who are not fully-vaccinated by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.

**Where Reasonable Accommodations Are Not Available**

Should an alternative accommodation not be available, the District and employee will then determine if there are any available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.

For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"

| | | | |
|---|---|---|---|
| | | | The health and safety of students and employees is everyone's responsibility. Thank you for doing your part to keep all of our students and employees safe.<br><br>Attachment<br><br>_[interoffice correspondence document image]_ |
| Labor Relations | 9/21 | 10:45a | Email<br><br>Dear Colleague,<br><br>On Wednesday September 22, Thursday September 23, and Friday September 24, Los Angeles Unified will be hosting FREE COVID VACCINATION clinics for employees at each Local District.<br><br>Employees are allowed a window of up to three hours (per dose) of time for vaccination during their workday, including travel to the vaccination location.<br><br>Appointments are not required.<br><br>Clinic hours and Locations are as follows:<br><br>**Local District Central**<br>2328 St. James Place<br>Los Angeles, CA 90007<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 11am-5pm**<br><br>**Local District East**<br>2151 N. Soto St.<br>Los Angeles, CA 90032<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 11am-5pm** |

| | | | |
|---|---|---|---|
| | | | **Local District Northeast**<br>8401 Arleta Ave<br>Sun Valley, CA 91352<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 11am-5pm**<br><br>**Local District Northwest**<br>6621 Balboa Blvd.<br>Lake Balboa, CA 91406<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 1pm-5pm**<br><br>**Local District South**<br>1208 Magnolia Avenue<br>Gardena, CA 90247<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 11am-5pm**<br><br>**Local District West**<br>11380 W. Graham Place<br>Los Angeles, CA 90064<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 11am-5pm**<br><br>We hope you will take advantage of this opportunity to be vaccinated in time to meet the September 24th 1st dose deadline for the Pfizer vaccine. |
| Labor Relations | 9/21 | 4:30 p | Email<br><br>Dear Colleague,<br><br>On Wednesday September 22, Thursday September 23, and Friday September 24, Los Angeles Unified will be hosting FREE COVID VACCINATION clinics for employees at each Local District.<br><br>Employees are allowed a window of up to three hours (per dose) of time for vaccination during their workday, including travel to the vaccination location.<br><br>Appointments are not required.<br><br>Clinic hours and Locations are as follows:<br><br>**Local District Central**<br>2328 St. James Place<br>Los Angeles, CA 90007<br>**Wednesday 9/22, 11am-5pm**<br>**Thursday 9/23, 11am-5pm**<br>**Friday 9/24, 11am-5pm** |

**Local District East**
2151 N. Soto St.
Los Angeles, CA 90032
**Wednesday 9/22, 11am-5pm**
**Thursday 9/23, 11am-5pm**
**Friday 9/24, 11am-5pm**

**Local District Northeast**
8401 Arleta Ave
Sun Valley, CA 91352
**Wednesday 9/22, 11am-5pm**
**Thursday 9/23, 11am-5pm**
**Friday 9/24, 11am-5pm**

**Local District Northwest**
6621 Balboa Blvd.
Lake Balboa, CA 91406
**Wednesday 9/22, 11am-5pm**
**Thursday 9/23, 11am-5pm**
**Friday 9/24, 1pm-5pm**

**Local District South**
1208 Magnolia Avenue
Gardena, CA 90247
**Wednesday 9/22, 11am-5pm**
**Thursday 9/23, 11am-5pm**
**Friday 9/24, 11am-5pm**

**Local District West**
11380 W. Graham Place
Los Angeles, CA 90064
**Wednesday 9/22, 11am-5pm**
**Thursday 9/23, 11am-5pm**
**Friday 9/24, 11am-5pm**

We hope you will take advantage of this opportunity to be vaccinated in time to meet the September 24th 1st dose deadline for the Pfizer vaccine.

Attachment



| Labor Relations | 9/22 | 1:45 p | Email |
|---|---|---|---|
| | | | Dear [Name] |
| | | | We are hearing that some of our employees are experiencing difficulty in uploading their records of vaccination. |
| | | | To provide assistance, we will have live tech support staff at each of our Local District Vaccination clinics tomorrow and Friday from 11am-5pm. Employees may take up to 2 hours during their work day to receive this assistance. |
| | | | Please see the attached flyer for details. |
| | | | Attachment |
| | | |  |
| | | | Text |
| | | | To provide assistance with uploading Vaccination records, we will have live tech support at each of our Local District Vaccination clinics tomorrow and Friday from 11am-5pm. Employees may take up to 2 hours during their work day to receive this assistance. |
| Labor Relations | 9/22 | 6:00 p | Email |
| | | | Dear [Name], The health and safety of all in the LA Unified community is of utmost importance. You are receiving this reminder because, **at this time, we do not have a record of your vaccination**. As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19. **If you have not yet been vaccinated, there is still time for you to meet the October 15th deadline as outlined below.** Please see the attached |

flyer with information about free employee COVID-19 vaccine clinics being offered at every Local District today, tomorrow and Friday. These clinics are offering the Pfizer vaccine. Employees may use up to three (3) hours of paid time to attend one of these clinics.

**Vaccination Schedule**

| Vaccine | 1st Dose | 2nd Dose | Vaccines Completed |
|---|---|---|---|
| Pfizer | *No later than* **September 24, 2021** | *No later than* **October 15, 2021** | October 15, 2021 |
| Moderna | *No later than* **September 17, 2021** | *No later than* **October 15, 2021** | October 15, 2021 |
| Johnson & Johnson | *No later than* **October 15, 2021** | n/a | October 15, 2021 |

**Failure to Comply**
*You are directed to comply with the vaccination requirement, and to receive your second shot (or single dose of the Johnson and Johnson vaccine) no later than October 15, 2021. Failure to comply with the mandate to be vaccinated will result in you being placed in unpaid status and excluded from work on or after October 16, 2021. Additionally, failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*

**Uploading Your Record of Vaccination**
You are receiving this reminder because, *at this time, we do not have a record of your vaccination*. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today*.*

If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record *as soon as possible, and no later than October 15, 2021*.

**Assistance Uploading Vaccination Records**
If you need assistance uploading your vaccination records, please visit the closest Local District for in-person assistance on Thursday September 23rd or Friday September 24th. Employees may use up to two (2) hours of paid time to attend one of these help sessions. Please see the attached flyer for more information.

**LAUSD Provides Free Vaccinations**
Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid
*In addition, please see the attached flyer with information about free employee COVID-19 vaccine clinics being offered at every Local District today, tomorrow and Friday, September 22-24.*

**Paid Time to Get Vaccinated**
Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location. The August 13,

2021 Interoffice Correspondence detailing this information is attached for your review/convenience.

**Reasonable Accommodations**

***The deadline to apply for a medical or religious accommodation is September 24, 2021.***

Being fully vaccinated is an "essential job function." Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 2nd dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021. That is, **every adult** working or providing services *at a District facility* **MUST** be vaccinated no later than October 15, 2021.

Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated. Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being fully vaccinated.

In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the "interactive process" to determine whether the District is able to reasonably accommodate the employee.

Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation. For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.

Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** be fully-vaccinated no later than October 15, 2021.

**Remote Work as a Reasonable Accommodation**

Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation. In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work. ***However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.***

Further, where ***a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.***

**Remote Work as a Reasonable Accommodation for Teachers**

Available accommodations for teachers ***may*** include, upon availability, an assignment to the District's online independent study program through City of Angels.

Even if accommodated, teachers who are not fully-vaccinated by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.

**Where Alternative Reasonable Accommodations Are Not Available/Feasible**

In the event alternative accommodations are not feasible and/or available, employees may be accommodated with a leave of absence. To make that determination, the District and employee will evaluate whether there is available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.

For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"

The health and safety of students and employees is everyone's responsibility. Thank you for doing your part to keep all of our students and employees safe.

Attachment







| Labor Relations | 9/23 | 9:30a | Email |
| --- | --- | --- | --- |
| | | | Reminder: |
| | | | All LAUSD employees must be vaccinated against COVID-19 by October 15, 2021. |
| | | | Please visit any of the Local District Offices today or tomorrow 11am-5pm for a free vaccine, tech support in uploading your records, and free lunch or dinner (while supplies last). |
| | | | Attachment |
| | | |  |
| | | | Text |
| | | | Reminder: All LAUSD employees must be vaccinated against COVID-19 by 10/15/21. Please visit any of the Local District Offices today or tomorrow 11am-5pm for a free vaccine, tech support in uploading your records, and free lunch or dinner (while supplies last). See your LAUSD email for details. |
| Labor Relations | 9/28 | 10:45a | Email |
| | | | Dear [Name], |
| | | | You are receiving this message because, as of September 27th, we do not have a record of your COVID-19 Vaccination. As a reminder, **ALL** employees must have received their 2nd dose (or single dose of Johnson & Johnson) no later than October 15th. In order to assist you, we have the following vaccine and tech support resources available this week: |
| | | | ***Employees may take up to 3 hours of MSND time during their regular work day to be vaccinated. Pfizer and Johnson & Johnson Vaccinations available in each Local District from 8:30 am-3:15 pm as follows***: |
| | | | **LD Central:** |

Wednesday - Contreras HS and Franklin HS
Thursday - Downtown Business Magnets and LA Academy MS
Friday - Burbank MS and Liechty MS

**LD East:**

Wednesday - Bravo HS and Huntington Park HS
Thursday - Griffith MS and Nimitz MS
Friday - El Sereno MS and Southeast MS

**LD Northeast:**

Wednesday - Van Nuys HS and Millikan MS
Thursday - Maclay MS and Van Nuys MS
Friday - East Valley HS and Sun Valley Magnet

**LD Northwest:**

Wednesday - Frost MS and Nobel MS
Thursday – Henry MS and Lawrence MS
Friday - Mulholland MS and Columbus MS

**LD South:**

Wednesday - Carson HS and Gardena HS
Thursday - Dodson MS and Drew MS
Friday - Edison MS and Vladovic Harbor TPA

**LD West:**

Wednesday - Bernstein HS and LACES
Thursday - Dorsey HS and Mark Twain MS
Friday - Revere MS and WESM
*Employees may take up to 2 hours of MSND time during their regular work day to receive assistance with uploading their vaccination records. In-person tech support to upload vaccine records is available as follows:*

- Wednesday 9/29 9:00 am-1:00 pm
- Thursday 9/30 9:00 am-1:00 pm
- Friday 9/1 9:00 am-1:00 pm

**Transportation Region A Office – 1404**

18421 S. Hoover St, Gardena CA 90248
Phone Number: (310) 515-3132

**Transportation Region B Office – 1280**

1449 San Pedro St, Los Angeles, CA 90015
Phone Number: (213) 745-1100

**Transportation Region D Office – 1286**

16200 Roscoe Blvd Van Nuys, CA 91406
Phone Number: (818) 830-2249

**Transportation Region E Office – 1400**

11247 Sherman Way, Sun Valley, CA 91352
Phone Number: (818) 982-0425

**Sepulveda Garage- 1399**

8920 Sepulveda Blvd., North Hills, CA 91343
Phone Number: (818) 997-2643

Thank you for helping to keep our students and employees safe.

| Labor Relations | 9/28 | 1:45 p | Text |
|---|---|---|---|
| | | | Please check your LAUSD email for an important message regarding available vaccination clinics and in-person tech support this week. As a condition of employment, all employees are required to be vaccinated and upload their vaccination records by October 15th. |

Labor Relations | 9/29 | 7:25 p

Email

Dear [Name],
The health and safety of all in the LA Unified community is of utmost importance.
You are receiving this reminder because, **as of Wednesday September 29ᵗʰ, we do not have a record of your vaccination**.
As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19 no later than October 15, 2021.
**If you have not yet been vaccinated, there is still time for you to receive the Johnson & Johnson single dose vaccine to meet the October 15ᵗʰ deadline as outlined below.** Please see the attached flyer with information about free employee COVID-19 vaccine clinics being offered in every Local District today, tomorrow and Friday. Employees may use up to three (3) hours of paid time to attend one of these clinics.
**Vaccination Schedule**

| Vaccine | 1ˢᵗ Dose | 2ⁿᵈ Dose | Vaccines Completed |
|---|---|---|---|
| Pfizer | *No later than September 24, 2021* | *No later than* **October 15, 2021** | October 15, 2021 |

| Moderna | *No later than September 17, 2021* | *No later than* **October 15, 2021** | October 15, 2021 |
|---|---|---|---|
| Johnson & Johnson | *No later than October 15, 2021* | n/a | October 15, 2021 |

**Failure to Comply**

*As a condition of employment, you are directed to comply with the vaccination requirement, and to receive your second shot (or single dose of the Johnson and Johnson vaccine) no later than October 15, 2021. Failure to comply with the mandate to be vaccinated will result in you being placed in unpaid status and excluded from work on or after October 16, 2021.*

*Additionally, failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*

**Uploading Your Record of Vaccination**

You are receiving this reminder because, *at this time, we do not have a record of your vaccination*. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today*.*

If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record *as soon as possible, and no later than October 15, 2021*.

**Assistance Uploading Vaccination Records**

If you need assistance uploading your vaccination records, please see the attached flyer for locations offering in-person assistance on Wednesday September 29th through Friday October 1st. Employees may use up to two (2) hours of MSND to attend one of these help sessions during their scheduled work hours.

**LAUSD Provides Free Vaccinations**

Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid

*In addition, please see the attached flyer with information about free employee COVID-19 vaccine clinics being offered at every Local District today, tomorrow and Friday, September 22-24.*

**Paid Time to Get Vaccinated**

Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location. The August 13, 2021 Interoffice Correspondence detailing this information is attached for your review/convenience.

**Reasonable Accommodations**

Being fully vaccinated is an "essential job function."  Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 2nd dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021.  That is, **every adult** working or providing services *at a District facility* **MUST** be vaccinated no later than October 15, 2021.

Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated.  Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being fully vaccinated.

In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the "interactive process" to determine whether the District is able to reasonably accommodate the employee.

Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation.  For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.

Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** be fully-vaccinated no later than October 15, 2021.

**Remote Work as a Reasonable Accommodation**

Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation.  In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work.  ***However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.***

Further, where *a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.*

**Remote Work as a Reasonable Accommodation for Teachers**

Available accommodations for teachers **_may_** include, upon availability, an assignment to the District's online independent study program through City of Angels.

***Even if accommodated, teachers who are not fully-vaccinated by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.***

**Where Alternative Reasonable Accommodations Are Not Available/Feasible**

In the event alternative accommodations are not feasible and/or available, employees may be accommodated with a leave of absence.  To make that determination, the District and employee will evaluate whether there is available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.

For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"

The health and safety of students and employees is everyone's responsibility. Thank you for doing your part.

Attachment



| Labor Relations | 10/6 | 9:15a | Email |
|---|---|---|---|

**THERE'S STILL TIME!**

Please see the attached flyer for information regarding free vaccine clinics and in-person help with uploading records of vaccination Wednesday, Thursday and Friday October 6,7 and 8.

Remember, ALL employees MUST be vaccinated and upload their record of vaccination no later than October 15, 2021.

Attachment

Text

THERE'S STILL TIME! Check your LAUSD email for information regarding free vaccine clinics and in-person help with uploading records of vaccination Wed., Thurs. and Fri. 10/6,7 and 8. Remember, ALL employees MUST be vaccinated and upload their record of vaccination no later than October 15, 2021.

| Labor Relations | 10/6 | 9:20 p | Email |
|---|---|---|---|
| | | | Dear [Name],<br>The health and safety of all in the LA Unified community is of utmost importance.<br>You are receiving this reminder because, **as of Wednesday October 6th, we do not have a record of your vaccination**.<br>As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19 no later than October 15, 2021. **WITHOUT RECORD OF VACCINATION, YOU ARE DIRECTED NOT TO REPORT TO WORK AT ANY DISTRICT FACILITY ON OR AFTER OCTOBER 16, 2021.** *If you have not yet been vaccinated, there is still time for you to receive the Johnson & Johnson single dose vaccine to meet the October 15th deadline as outlined below.* Please see the attached flyer with information about free employee COVID-19 vaccine clinics being offered in Local Districts today, tomorrow and Friday. Employees may use up to three (3) hours of paid time to attend one of these clinics. <br>**Vaccination Schedule** |

| Vaccine | 1st Dose | 2nd Dose | Vaccines Completed |
|---|---|---|---|
| Pfizer | *No later than September 24, 2021* | *No later than* **October 15, 2021** | October 15, 2021 |

| Moderna | *No later than September 17, 2021* | *No later than* **October 15, 2021** | October 15, 2021 |
| Johnson & Johnson | *No later than October 15, 2021* | n/a | October 15, 2021 |

**Failure to Comply**
*As a condition of employment, you are directed to comply with the vaccination requirement, and to receive your second shot (or single dose of the Johnson and Johnson vaccine) no later than October 15, 2021. Failure to comply with the mandate to be vaccinated will result in you being placed in unpaid status and excluded from work on or after October 16, 2021.*
*Additionally, failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*

**Uploading Your Record of Vaccination**
You are receiving this reminder because, *at this time, we do not have a record of your vaccination*. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today*.*
If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record **as soon as possible, and no later than October 15, 2021**. You may upload each dose individually. If you have already had one dose, and are waiting to have your second, **PLEASE UPLOAD YOUR 1ˢᵀ DOSE IMMEDIATELY**.

**Assistance Uploading Vaccination Records**
If you need assistance uploading your vaccination records, please see the attached flyer for locations offering in-person assistance on Wednesday October 6ᵗʰ through Friday October 1ˢᵗ. Employees may use up to two (2) hours of MSND to attend one of these help sessions during their scheduled work hours.

**LAUSD Provides Free Vaccinations**
Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid
*In addition, please see the attached flyer with information about free employee COVID-19 vaccine clinics being offered at every Local District today, tomorrow and Friday, September 22-24.*

**Paid Time to Get Vaccinated**
Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location. The August 13, 2021 Interoffice Correspondence detailing this information is attached for your review/convenience.

**Reasonable Accommodations**
Being fully vaccinated is an "essential job function." Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 2ⁿᵈ dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021. That is, **every adult** working or providing

services *at a District facility* **MUST** be vaccinated no later than October 15, 2021.

Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated.  Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being fully vaccinated.

In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the "interactive process" to determine whether the District is able to reasonably accommodate the employee.

Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation.  For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.

Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** be fully-vaccinated no later than October 15, 2021.

**Remote Work as a Reasonable Accommodation**

Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation.  In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work.  ***However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.***

Further, where ***a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.***

**Remote Work as a Reasonable Accommodation for Teachers**

Available accommodations for teachers ***may*** include, upon availability, an assignment to the District's online independent study program through City of Angels.

***Even if accommodated, teachers who are not fully-vaccinated by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.***

**Where Alternative Reasonable Accommodations Are Not Available/Feasible**

In the event alternative accommodations are not feasible and/or available, employees may be accommodated with a leave of absence.  To make that determination, the District and employee will evaluate whether there is available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.

| | | | For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"<br>The health and safety of students and employees is everyone's responsibility. Thank you for doing your part. |
|---|---|---|---|
| colspan Updated Report for Messages Sent After 10/6 | | | |

Updated Report for Messages Sent After 10/6

| Labor Relations | 10/8 | 9:15 p | Email<br><br>Dear [Name],<br>You are receiving this reminder because, **as of Wednesday October 6th, we do not have a record of your vaccination**.<br>As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19 no later than October 15, 2021.<br>**WITHOUT RECORD OF YOUR <mark>FIRST</mark> VACCINATION, YOU ARE DIRECTED NOT TO REPORT TO WORK AT ANY DISTRICT FACILITY ON OR AFTER OCTOBER 16, 2021.**<br>The health and safety of all in the LA Unified community is of the utmost importance. We have continued working with our labor partners in bargaining the effects of our August 13, 2021 policy requiring all employees to be vaccinated no later than October 15, 2021.  In order to both protect the health and safety of all students and employees and also to ensure that all employees are able to be vaccinated with the COVID vaccine of their choice, we have agreed to the following:<br>• Allow employees with one dose of the vaccine by October 15, 2021 to continue to report to work, and not be subject to separation from District service as long as they receive the 2nd dose by November 15, 2021. Employees will not be allowed at a District facility after October 15th without evidence of having received the 1st dose.<br>• The effective date of separation for employees without record of any vaccine by October 15, 2021 will not be prior to November 1, 2021. Employees will remain in paid status until this time.<br><br>**Vaccination Schedule** |
|---|---|---|---|

| Vaccine | 1st Dose | 2nd Dose |
|---|---|---|
| Pfizer | **_No later than October 15, 2021_** | _No later than_ November 15, 2021 |
| Moderna | **_No later than October 15, 2021_** | _No later than_ November 15, 2021 |
| Johnson & Johnson | **_No later than October 15, 2021_** | n/a |

**Failure to Comply**
**_As a condition of employment, you are directed to comply with the vaccination requirement, and to receive your first shot (or single_**

*dose of the Johnson and Johnson vaccine) no later than October 15, 2021, and your second shot no later than November 15, 2021.*
*Failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*

**Uploading Your Record of Vaccination**

*As of Wednesday, October 6th, we do not have a record of your vaccination*. If you have already received your vaccination outside of Los Angeles Unified, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today.

If you receive one or more of your upcoming vaccine doses outside of Los Angeles Unified, please be sure to upload your vaccination record *as soon as possible, and no later than October 15, 2021*. You may upload each dose individually. If you have already had one dose, and are waiting to have your second, **PLEASE UPLOAD YOUR 1ST DOSE IMMEDIATELY**.

**Assistance Uploading Vaccination Records**

If you need assistance uploading your vaccination records, please watch your LAUSD email for a flyer with locations offering in-person assistance during the week of October 11th.  Employees may use up to two (2) hours of MSND to attend one of these help sessions during their scheduled work hours.

**LAUSD Provides Free Vaccinations**

Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid

*In addition, please watch your LAUSD email for a flyer with information about free employee COVID-19 vaccine clinics being offered at every Local District during the week of October 11, 2021.*

**Paid Time to Get Vaccinated**

Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location.

**Reasonable Accommodations**

Being fully vaccinated is an "essential job function."  Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 1st dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021.  That is, **every adult** working or providing services *at a District facility* **MUST** receive at least one dose of the vaccine no later than October 15, 2021.

Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated.  Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being vaccinated.

In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the

"interactive process" to determine whether the District is able to reasonably accommodate the employee.

Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation. For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.

Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** have received at least one dose of the COVID-19 vaccine no later than October 15, 2021.

**Remote Work as a Reasonable Accommodation**

Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation. In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work. ***However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.***

Further, where ***a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.***

**Remote Work as a Reasonable Accommodation for Teachers**

Available accommodations for teachers ***may*** include, upon availability, an assignment to the District's online independent study program through City of Angels.

***Even if accommodated, teachers who have not received at least one dose of the COVID-19 vaccine by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.***

**Where Alternative Reasonable Accommodations Are Not Available/Feasible**

In the event alternative accommodations are not feasible and/or available, employees ***may*** be accommodated with a leave of absence. To make that determination, the District and employee will evaluate whether there is available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.

For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"

The health and safety of students and employees is everyone's responsibility. Thank you for doing your part.

| Labor Relations | 10/13 | 1100a | Email |
| --- | --- | --- | --- |
| | | | Dear [Name], |

You are receiving this email because, as of today, you have not uploaded evidence of at least one dose of a COVID-19 vaccine into Daily Pass. **ALL employees must have at least one dose of the vaccine by Friday October 15ᵗʰ as a condition of employment.** If you have already received your first vaccination, please upload it to the Daily Pass at https://pap.lausd.net/en-US/signin today**.**

As a reminder, employees may take up to 3 hours of MSND during their assigned hours to be vaccinated, and 2 hours of MSND during their assigned hours to receive assistance uploading their vaccine results.

**<u>Vaccine Clinics and Tech Support this Week</u>**

1) Walk-in clinics will be available at LD offices…**and** our mobile vaccination clinics at District middle and high schools will have the J&J and Pfizer vaccines available for walk-in employees from 8:30 AM – 3:30 PM. In addition, tech support for uploading proof of vaccine will be available at ALL six (6) LD offices this Thursday and Friday from 11:00 AM – 5:00 PM. **Sees the attached VACCINE & TECH SUPPORT flyer that contains more details.** The flyer may also be **<u>ACCESSED HERE</u>**.

2) In addition to tech support being available this Thursday and Friday at all six (6) LDs, it will also be available at select regional Transportation offices Wednesday through Friday and at the Procurement Warehouse on Thursday. **See the attached TECH SUPPORT flyer that contains more details.** The flyer may also be **<u>ACCESSED HERE</u>**.

3)      For "self-help" with uploading proof of vaccination into the Daily Pass system, please review this  short (3 min 44 sec) employee-specific instructional video courtesy of the Office of COVID Response:
    - English video:  https://lausd.wistia.com/medias/x3hud1aocv?wvideo=x3hud1aocv
    - Spanish video: https://lausd.wistia.com/medias/h52trg1ydr

4) Visit the user-friendly LA County website or the State's My Turn website to find other location options for the vaccine:
    - http://publichealth.lacounty.gov/acd/ncorona2019/vaccine/hcwsignup
    - https://myturn.ca.gov/

**WITHOUT RECORD OF YOUR <mark>FIRST</mark> VACCINATION, YOU ARE DIRECTED NOT TO REPORT TO WORK AT ANY DISTRICT FACILITY ON OR AFTER OCTOBER 16, 2021.**

Attachments:



| Labor Relations | 10/13 | 2:00 p | Text<br><br>Local Districts/schools will have J&J and Pfizer vaccines from 8:30 AM – 3:30 PM. NO APPOINTMENT NECESSARY. Tech support for uploading records will be available at ALL six (6) LD offices Oct 14-15 11AM–5PM. Flyer at https://drive.google.com/file/d/1Rt_Capzz4N2g-CZlZZZ27kUiGj_qyNdr/view. |
|---|---|---|---|
| Labor Relations | 10/13 | 2:05 p | Text<br><br>Tech support at select Transportation offices Oct 13-15 & Procurement Warehouse 10/14. Flyer at https://drive.google.com/file/d/1Rt_Capzz4N2g-CZlZZZ27kUiGj_qyNdr/view<br>WITHOUT AT LEAST ONE DOSE OF VACCINE, YOU ARE DIRECTED NOT TO REPORT TO WORK AT ANY DISTRICT FACILITY ON OR AFTER OCTOBER 16, 2021. |
| Labor Relations | 10/13 | 4:15 p | Email<br><br>Dear [Name],<br>**WITHOUT RECORD OF <mark>AT LEAST ONE DOSE OF A COVID-19 VACCINE</mark>, YOU ARE DIRECTED NOT TO REPORT TO WORK AT ANY DISTRICT FACILITY ON OR AFTER OCTOBER 16, 2021.**<br>You are receiving this reminder because, ***as of Wednesday October 13th, we do not have a record of your vaccination***.<br>As a condition of employment, Los Angeles Unified requires all employees and other adults providing services at District facilities to be vaccinated against COVID-19 no later than October 15, 2021.<br>**Vaccination Schedule** |

| Vaccine | 1st Dose | 2nd Dose |
|---|---|---|
| Pfizer | ***No later than October 15, 2021*** | *No later than* November 15, 2021 |

| Moderna | *No later than October 15, 2021* | *No later than* November 15, 2021 |
| Johnson & Johnson | *No later than October 15, 2021* | n/a |

**Failure to Comply**
*As a condition of employment, you are directed to comply with the vaccination requirement, and to receive your first dose (or single dose of the Johnson and Johnson vaccine) no later than October 15, 2021, and your second shot no later than November 15, 2021. Failure to comply or provide the appropriate qualifying accommodation documentation may result in disciplinary action, up to and including separation from District service.*
**Uploading Your Record of Vaccination**
***You are directed to upload your vaccination record as soon as possible, and no later than October 15, 2021****. Failure to do so may result in disciplinary action, up to and including separation from District service.*

You may upload each dose individually. If you have already had one dose, and are waiting to have your second, **YOU ARE DIRECTED TO UPLOAD YOUR 1ˢᵀ DOSE  TO THE DAILY PASS IMMEDIATELY** at https://pap.lausd.net/en-US/signin.

**Assistance Uploading Vaccination Records**
If you need assistance uploading your vaccination records, please see the attached flyers for dates and locations of in-person tech-help.  Employees may use up to two (2) hours of MSND to attend one of these help sessions during their scheduled work hours. The attached flyer may also be **ACCESSED HERE**
For "self-help" with uploading proof of vaccination into the Daily Pass system, please review this  short (3 min 44 sec) employee-specific instructional video:

- English video:  https://lausd.wistia.com/medias/x3hud1aocv?wvideo=x3hud1aocv
- Spanish video: https://lausd.wistia.com/medias/h52trg1ydr

==**LAUSD Provides Free Vaccinations**==
Los Angeles Unified is providing free vaccinations on all of our middle and high school campuses through mobile vaccination clinics. The mobile vaccination schedule can be found at: https://achieve.lausd.net/covid Both Pfizer and Johnson & Johnson vaccines will be available at all locations. NO APPOINTMENT NECESSARY.
*In addition, both Pfizer and Johnson & Johnson vaccines will be available at w*alk-in clinics at LD offices from 8:30 AM – 3:30 PM. NO APPOINTMENT NECESSARY. Please see attached flyer for details or the flyer may also be **ACCESSED HERE**.

You may also visit the user-friendly LA County website or the State's My Turn website to find other location options for the vaccine:

- http://publichealth.lacounty.gov/acd/ncorona2019/vaccine/hcwsignup

- https://myturn.ca.gov/

**Paid Time to Get Vaccinated**
Employees are allotted a window of up to three hours (per dose) for vaccination for themselves and/or their dependent(s) during their workday, including travel time to the vaccination location.
**Reasonable Accommodations**
Being fully vaccinated is an "essential job function." Thus, **no one** is "exempted" from the District's requirement that all employees (and other adults providing services at District facilities) receive their 1st dose of the Moderna or Pfizer vaccine or their single dose of the Johnson & Johnson vaccine by October 15, 2021. That is, **every adult** working or providing services *at a District facility* **MUST** receive at least one dose of the vaccine no later than October 15, 2021.
Where feasible, the District will reasonably accommodate employees who, based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, wish to continue working without being fully vaccinated. Please be aware, however, that reasonable accommodations **do not** include permitting employees to continue working *at a District facility* without being vaccinated.
In the event the District receives a request for a reasonable accommodation based on a documented disability or sincerely held religious belief which conflicts with the District's vaccination requirement, the District will engage with the employee in what's known as the "interactive process" to determine whether the District is able to reasonably accommodate the employee.
Concerning requests for a reasonable accommodation based on a documented disability, employees are required to provide medical documentation which substantiates the need for an accommodation. For requests based on a sincerely held religious belief, employees are required to articulate how their personal sincerely held religious beliefs conflict with the District's vaccination requirement.
Again, reasonable accommodations will **NOT include** an exemption from the requirement that all adults performing work or services *at a District facility* **MUST** have received at least one dose of the COVID-19 vaccine no later than October 15, 2021.
**Remote Work as a Reasonable Accommodation**
Although rare, some positions at the District avail themselves to remote work as a reasonable accommodation. In making its determination concerning whether to permit remote work, the District will engage with you in the interactive process and will consider multiple factors, including the availability and feasibility of remote work. *However, where your essential job duties require your physical presence at a District facility, the District will be unable to offer remote work as an accommodation.*
Further, where *a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace.*
**Remote Work as a Reasonable Accommodation for Teachers**

| | | | |
|---|---|---|---|
| | | | Available accommodations for teachers *may* include, upon availability, an assignment to the District's online independent study program through City of Angels.<br>***Even if accommodated, teachers who have not received at least one dose of the COVID-19 vaccine by October 15, 2021 will not be permitted to continue teaching at a site other than City of Angels.***<br>**<u>Where Alternative Reasonable Accommodations Are Not Available/Feasible</u>**<br>In the event alternative accommodations are not feasible and/or available, employees *may* be accommodated with a leave of absence.  To make that determination, the District and employee will evaluate whether there is available benefit time/leave provisions, such as use of the employee's illness leave (if due to medical reasons), personal necessity, vacation, or unpaid leave options.<br>For further information about vaccinations, please visit MyPLN to view the #VaccinateLAUSD Virtual Town Hall. Use the keywords: "Vaccinate" or "Vaccination"<br>The health and safety of students and employees is everyone's responsibility. Thank you for doing your part. |
| Labor Relations | 10/15 | 4:15 p | Email<br><br>Dear [Name],<br><br>You are receiving this email because, **as of Friday October 15th, we do not have a record of your COVID-19 vaccination**.<br><br><u>Please see attached:</u><br>Employee Letter<br>Employee Informative<br>Vaccine and Tech support/Uploading help Flyers<br><br>**WITHOUT RECORD OF ==AT LEAST ONE DOSE OF A COVID-19 VACCINE==, YOU ARE DIRECTED NOT TO REPORT TO WORK AT ANY DISTRICT FACILITY ON OR AFTER OCTOBER 16, 2021.**<br><br>***There is still time to be vaccinated prior to the start of school on Monday morning.*** To give employees ***every*** opportunity to have proof of ***at least one (1) vaccine dose*** uploaded into the Daily Pass:<br><br>·    Vaccine clinics will be available at all six Local District offices ==**this Saturday and Sunday (10/16 & 10/17)**== from 8:30 AM – 12:30 PM. Tech support will also be available for any employee needing help with uploading proof of vaccination into the Daily Pass system.  *NO APPOINTMENTS NECESSARY.* This includes employees who come to the LD clinics this weekend to get vaccinated. **More details, including the vaccines offered at each LD clinic, are on the ==*attached flyer*== which may also be <u>ACCESSED HERE</u>.**<br><br>**<u>Uploading Vaccination Records:</u>**<br>·    For "self-help" with uploading proof of vaccination into the Daily Pass |

| | | | |
|---|---|---|---|
| | | | system, review the short employee-specific instructional videos:<br>- English video: https://lausd.wistia.com/medias/x3hud1aocv?wvideo=x3hud1aocv<br>- Spanish video: https://lausd.wistia.com/medias/h52trg1ydr<br><br>· For other locations to obtain the vaccine this weekend, employees should visit the user-friendly LA County website or the State's My Turn website:<br>· http://publichealth.lacounty.gov/acd/ncorona2019/vaccine/hcwsignup<br>· https://myturn.ca.gov/<br><br><br>Attachments:<br><br> |
| Labor Relations | 10/15 | 5:00 pp | Text<br><br>It's not too late!! Vaccine clinics and uploading help this Saturday and Sunday! No Appointment Needed! Flyer at |

| | | | |
|---|---|---|---|
| | | | https://drive.google.com/file/d/1cXX11WA5U3N8rwrWpYBrTjI_kuE65rp5/view<br>YOU MUST HAVE AT LEAST ONE DOSE OF VACCINE TO WORK AT ANY DISTRICT FACILITY AFTER OCTOBER 15 |
| Labor Relations | 10/16 | 11:16a | Text<br><br>It's not too late!! Vaccine clinics and uploading help today and tomorrow! No Appointment Needed! Flyer at https://drive.google.com/file/d/1cXX11WA5U3N8rwrWpYBrTjI_kuE65rp5/view<br>YOU MUST HAVE AT LEAST ONE DOSE OF VACCINE TO WORK AT ANY DISTRICT FACILITY AFTER OCTOBER 15 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
**EXHIBIT B**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 18 -

**Los Angeles Unified School District**
**OFFICE OF THE GENERAL COUNSEL**
LABOR AND EMPLOYMENT LEGAL SERVICES
333 S. Beaudry Avenue, 20ᵗʰ Floor, Los Angeles, CA 90017
TELEPHONE (213) 241-7600; FACSIMILE (213) 241-3308

**ALBERTO M. CARVALHO**
*Superintendent*

**DEVORA NAVERA REED**
*General Counsel*

**MARCOS HERNANDEZ**
*Chief Labor & Employment Counsel*

June 10, 2022

Andrea Estrada

**VIA EMAIL**
andrea.estrada@lausd.net & johnniesteward250@gmail.com

Re:    **May 23, 2022, Interactive Process Meeting with Committee on Reasonable
       Accommodations Based on Sincerely Held Religious Beliefs**

Dear Ms. Estrada,

Thank you for meeting with the Committee on Reasonable Accommodations Based on Sincerely
Held Religious Beliefs ("Committee") on May 23, 2022, to further engage in the Interactive
Process ("IP") concerning your request for a reasonable accommodation from the District's
vaccination requirement.  The Committee members who met with you were Maria Salazar,
Peter Yan, and Lina Diep.  You were accompanied by your union representative Johnnie McDow.
Associate General Counsel, Jacquiline Wagner was the facilitator.  She further acted in a purely
advisory role to the Committee and was not a decision-maker.

Via the Interactive Process, the District previously denied your request for an accommodation as
a Senior HVAC Fitter, to work remotely or to work in-person with masking, socially distancing
and testing without receiving a vaccination.

As was discussed at the IP meeting, prior to your IP meeting, the District had already reviewed
(based on materials you provided) your asserted conflict between the District's vaccination
requirement and your sincerely held religious beliefs ("SHRB") and was satisfied that a conflict
existed.  Thus, as discussed at the IP meeting, the purpose of the IP meeting was not to (and the
Committee did not) evaluate the sincerity of your religious beliefs, nor whether your sincerely held
religious beliefs were actually in conflict with the District's vaccination requirement.

Rather, the purpose of the IP meeting was to afford you an opportunity to engage in a meaningful
dialog concerning your proposed alternative accommodations, which the Committee did.  You
proposed continued remote work or working (unvaccinated) with weekly testing, masking and
social-distancing.

To reiterate the District's position, the District is not offering, as an accommodation, exemptions
from the vaccine requirement (i.e. permitting work to be performed a District facility without
vaccination).

Doc# 862965

Re: May 23, 2022, IP Meeting with Committee on RA Based on SHRB
June 10, 2022
Page 2 of 2

The Committee found that while you are currently assigned non-traditional duties, the core class concept of a SR HVAC Fitter role is to oversee HVAC operations in an area. While you are currently assigned to the Transition Task Team Unit responsible for commissioning, the essential functions of your job include in-person work.  Further, at any point the District could require her to report and perform traditional on site HVAC field work due to operational necessity. Thus, after careful consideration of the written materials offered by you and the discussion during the IP meeting, the District **DENIES** your request for a continued remote work assignment.

In the alternative, should you wish to avail yourself to use of your benefit time or to take an unpaid leave as an accommodation, please contact Human Resources.

Sincerely,

**The Committee on Reasonable Accommodations Based on Sincerely Held Religious Beliefs**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII
OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**

**LOS ANGELES UNIFIED SCHOOL DISTRICT**
**HUMAN RESOURCES**
**NOTIFICATION OF RECOMMENDED DISCIPLINE**

TO:   <u>Andrea</u>            <u>Estrada</u>                      <u>717689</u>        <u>7/15/2022</u>
         (First Name)            (Last Name)                      Employee #       Date

<u>M & O CO PROJ & PROG JC-SCHOOL BASE</u>        <u>Sr Heating & Air Cond Fitter</u>        <u>Regular/Permanent</u>
School or Section                                          Class Title and (code)                          Status

FROM:  <u>Human Resources</u>                             <u>Leanne Hannah</u>
          Local District/Division                          Division or Designated Representative

SUBJECT:  The above named employee is hereby notified of the following recommended discipline:
 ☐ Suspension for _____working days ☐ Demotion to Job Classification
 ☐ Dismissal ☒ Suspension effective <u>07/15/2022</u> pending dismissal

You are hereby notified that your Local District/Division intends to recommend to the Board of Education disciplinary action based upon the cause(s) and charge(s) in the attached Notice of Unsatisfactory Service or Act of a Classified Employee. Before the recommendation is submitted to the Board, you have the right to respond either orally or in writing to the charge(s).

**IF YOU FAIL TO REPORT FOR THE CONFERENCE OR RESPOND IN WRITING BY THE DATE OF THE CONFERENCE, THE RECOMMENDED DISCIPLINARY ACTION WILL BE FORWARDED TO THE BOARD OF EDUCATION FOR ADOPTION.**

 Your response and the recommended discipline will be reviewed by __<u>Administrator TBD</u>_____

 **ORAL RESPONSE**
 To review and respond orally to the charge(s):
 A conference has been scheduled as follows:
   **REVIEWER:** <u>Administrator TBD</u>_____(Name) _____(Title)
   Date: <u>7/19/2022</u> Time: <u>11:30 AM</u>
  Location:  <u>Via Zoom Meeting 868 1740 5992 Passcode: 389595</u>
      <u>or dial 1213 338 8477, 408 638 0968#</u>
  ☐ Please call _____ to confirm this appointment
  ☐ Please contact _____ (name) at _____ for a conference date, time, and location.
**A union representative, legal counsel or other person of your choice may accompany you at this conference.**

**WRITTEN RESPONSE**
Should you wish to respond in writing to this notice, please mail and/or hand deliver your written response to the reviewer indicated above.

**RESIGNATION**
Should you wish to resign, please complete the attached resignation form.  If you resign before Board action, your resignation will be processed and forwarded to the Board of Education instead of the recommended discipline.  *An employee who resigns has no further rights, including appeal rights, under the Personnel Commission Rules.*

**IF AN EMPLOYEE IS SEPARATED FOR CAUSE (DISMISSAL), HE/SHE WILL NOT BE ELIGIBLE FOR DISTRICT PAID RETIRED EMPLOYEE FRINGE BENEFIT COVERAGE OR ANY APPLICABLE DISTRICT RETIREMENT BONUS, EVEN IF HE/SHE QUALIFIES FOR A PERS RETIREMENT ALLOWANCE THE DAY AFTER SEPARATION FROM EMPLOYMENT.**

 **Questions regarding this notification should be directed to:**
A union representative, legal counsel, or the Employee Relations Unit, Human Resources, Administrative Offices, 333 South Beaudry Avenue, 14th floor, Los Angeles, California 90017, Telephone (213) 241-6591.

I have received or witnessed receipt of this form.

_____ Certified Mail #: _____

Employee/Witness Signature   Date

LAUSD/HR COVID Form 1101 2021-10-21    Date Mailed:   <u>Via email on 7/15/2022</u>

# LOS ANGELES UNIFIED SCHOOL DISTRICT
## HUMAN RESOURCES DIVISION
## NOTICE OF UNSATISFACTORY SERVICE OR ACT OF A CLASSIFIED EMPLOYEE

Name:  Estrada                    Andrea                    Employee Number:  717689
       (Last)                        (First)

Local District/Division  ZA                    Location:  M & O CO PROJ & PROG JC-SCHOOL BASE

**Status:** Regular/Permanent

**CAUSE(S):** The services of this employee are considered to be unsatisfactory for the cause(s) listed on the attached. (See Personnel Commission Rule 902, CAUSES FOR DISCIPLINARY ACTION)

(See attached)

**CHARGE(S):** The cause(s) for disciplinary action are the result(s) from the act(s) or omission(s) and the date(s) listed are on the attached.

(See attached)

**Recommended Disciplinary Action:**
☐ No Disciplinary Action Recommended
☐ Suspension for_____ working days
☐ Demotion to _____
☒ Suspension effective 07/15/2022 pending dismissal

> **I have received a copy of this Notice, but my signature does not necessarily indicate my agreement.  Any written statement which I submit regarding this Notice will be attached.**

**Issuing Administrator Name:** _____

Administrator

| Title | Emp # |
|---|---|
| *Miguel Saenz* | |
| | 7/15/2022 |
| Signed | Date |

Local District/Division Administrator or Designee

Leanne Hannah                    Director

| Name | Title | Emp # |
|---|---|---|
| *Leanne Hannah* | | |
| | | 7/15/2022 |
| Signed | | Date |

**Employee Name:  Andrea Estrada**

Sr Heating & Air Cond Fit                    717689

| Title | Emp # |
|---|---|
| | |
| | |
| Signed | Date: |

**This notice was presented to the employee named above but the employee did not sign.  The employee**
☐ **received,** ☐ **refused his/her copy.**
Witness
Name _____

| | Emp # |
|---|---|
| Title | |
| (Signed) | Date |

Amended Signature  _____

Amended Certified Mail #  _____

Amended Mail Date  _____

Certified Mail #  _____

Date Mailed  Via email on 7/14/2022

INSTRUCTIONS TO HEAD OF SCHOOL, SECTION, DIVISION: Prepare original, sign and obtain signature of Local District/Division Administrator or designee. Have employee or witness sign at time of issuance. If the employee is unavailable, indicate "unavailable" in the employee signature space on all copies and forward employee's copy by certified/regular mail to the employee's address of record.

**Distribution: Original-Employee Relations, copy to Employee, Classified Employment Services Branch, file.**
**LAUSD FORM 5302-COVID REVISED 2021-10**

## NOTICE OF UNSATISFACTORY SERVICE

Andrea Estrada, Emp #717689
Sr Heating & Air Cond Fit
M & O CO PROJ & PROG JC-SCHOOL BASE

### CAUSES: PURSUANT TO 902A ACTIONS SUBJECT TO DISCIPLINE

6.  Any willful or persistent violation of the provisions of the Education Code or written rules, regulations, or procedures adopted or established by the Board of Education, Personnel Commission, or the administration.

21. Willful or persistent violation of, or failure to enforce, regulations or procedures pertaining to health and safety.

### CHARGES:

As of  July 6, 2022, Andrea Estrada, Sr Heating & Air Cond Fit assigned to M & O CO PROJ & PROG JC-SCHOOL BASE, has not provided evidence of two doses of the Pfizer or Moderna or one dose of the Johnson & Johnson COVID 19 vaccination thus demonstrating failure to comply with the District's vaccine mandate.

### BACKGROUND:

The District is both a local educational agency and an agency of the state that is charged by law to ensure appropriate public education for all students residing within its boundaries and the health and safety of all students, staff, and community members within its schools and facilities.

Acting within this role and in response to the recognized pandemic caused by the COVID-19 virus, on August 13, 2021, the District announced that as part of the District's efforts to provide the safest possible environment in which to learn and work, all District employees were required to be vaccinated against COVID-19 and submit proof of COVID-19 vaccination by October 15, 2021. The District issued a vaccination schedule to employees requiring that by no later than October 15, 2021, all employees receive their second dose of Pfizer or Moderna vaccine (or single dose of Johnson and Johnson vaccine) and upload their completed vaccine record for verification.

On October 8th, 2021, the District issued a revised schedule requiring all employees to have received their second dose of Pfizer or Moderna (or single dose of Johnson & Johnson) and upload their completed vaccine record for verification no later than November 15, 2021.

On June 9th, 2022, the District sent a reminder to upload a completed vaccination record.

Andrea Estrada received notice of the District's Vaccine Mandate through written communications, oral communication, and community outreach. Employee's leave of absence/reasonable accommodation has ended and no subsequent reasonable accommodation is available for the employee.

### RECOMMENDATION:

As of July 6, 2022, Andrea Estrada has not provided valid proof of vaccination, thus demonstrating a failure to comply with the District's vaccine mandate. As a result of this failure, Andrea Estrada cannot satisfy the required conditions of employment or perform the essential duties at the assigned District site. Therefore, Andrea Estrada is being placed upon suspension effective July 15, 2022 pending dismissal.

1
2
3
4
5
6
7
8
9
10
11
12
13
14

**EXHIBIT D**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERIFIED COMPLAINT FOR VIOLATION OF RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 [42 U.S.C. 2000E ET SEQ.]**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/19/2023

**To:** Ms. Andrea Estrada
7603 Lynalan Ave.
WHITTIER, CA 90606
Charge No: 480-2022-04975

EEOC Representative and email:     ANITA RAMOS
Federal Investigator
anita.ramos@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
01/19/2023

Christine Park-Gonzalez
Acting District Director

Cc:
Melissa A Espinoza
LAUSD
333 S. Beaudry Ave.
Los Angeles, CA 90017

Please retain this notice for your records.